UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :
                                    :
  ERIK E. ROTH                      : Case No. 19 - 10232 TPA
                                    :
  DEANA R. ROTH                     : CHAPTER 13
                                    :
                                    : Docket No.
          Debtors.                  :
------------------------------------:
UNION HOME MORTGAGE CORP.           :
       Movant,                      :
                                    :
    v                               :
                                    :
ERIK E. ROTH, DEANA R. R. ROTH:
     and                            :
RONDA J. WINNECOUR, ESQUIRE,        :
TRUSTEE                             :
          Respondents.              :
```

**DEBTORS' DECLARATION**

Dated: 09/27/2019                Attorney for the Debtors:

                                 ACHILLE LAW, P.C.


                                 s/Joseph H. Ellermeyer
                                 Joseph H. Ellermeyer
                                 Attorney for Debtors
                                 379 Main Street
                                 Brookville, PA 15825
                                 (814) 849-6701
                                 (814) 849-2889 FAX
                                 Email: josephellermeyer@yahoo.com
                                 I.D. No. 43944

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                  :
                                        :
  ERIK E. ROTH                          : Case No. 19 - 10232 TPA
                                        :
  DEANA R. ROTH                         : CHAPTER 13
                                        :
                                        : Docket No.
          Debtors.                      :
----------------------------------------:
UNION HOME MORTGAGE CORP.               :
       Movant,                          :
                                        :
    v                                   :
                                        :
ERIK E. ROTH, DEANA R. R. ROTH:
      and                               :
RONDA J. WINNECOUR, ESQUIRE,            :
TRUSTEE                                 :
          Respondents.                  :
```

**DEBTORS' DECLARATION**

We, upon our oath according to law, hereby certify that the existing Chapter 13 Plan dated September 16, 2019, is sufficient to fund the Plan with the modified debt (Notice of Mortgage Postpetition Mortgage Fees, Expenses and Charges - Claim #5) as the Debtors' Plan is sufficient to fund the postpetition fees, expenses and charges.

Dated:   September 27, 2019      By: s/Erik E. Roth
                                 Erik E. Roth, Debtor


Dated:   September 27, 2019      By: s/Deana R. Roth
                                 Deana R. Roth, Debtor


Dated:   September 27, 2019      By: s/Joseph H. Ellermeyer
                                 Joseph H. Ellermeyer
                                 Attorney for Debtors