## PHELAN HALLINAN DIAMOND & JONES, LLP

Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
(412) 745-0600
Bankruptcy Fax #(412) 745-0601

Mario J. Hanyon, Esquire

Representing Lenders in
Pennsylvania

August 26, 2019

JOSEPH H. ELLERMEYER, ESQUIRE
379 MAIN STREET
BROOKVILLE, PA 15825

Re:        ERIK E. ROTH AND DEANA R. ROTH A/K/A DEANA R. GASTON
           Bankruptcy No. 19-10232 TPA

Dear Counselor:

        Enclosed please find a true and correct copy of the Amended Notice of Post-Petition Fees, Expenses and Charges regarding the above matter, the original of which has been filed with the Court.

Sincerely yours,

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com
Enclosure

cc:     ERIK E. ROTH
        DEANA R. ROTH A/K/A DEANA R. GASTON
        RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
        OFFICE OF THE UNITED STATES TRUSTEE
        CENLAR FSB (EWING, NJ)
        ATTENTION:  BANKRUPTCY DEPARTMENT

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | ERIK E. ROTH | |
| Debtor 2 (Spouse, if filing) | DEANA R. ROTH A/K/A DEANA R. GASTON | |
| United States Bankruptcy Court for the: | WESTERN | District of PA (State) |
| Case Number | 19-10232 TPA | |

## Official Form 410S2
## Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** UNION HOME MORTGAGE CORP.          **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4848

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 03/27/2019  (Plan Review)<br>04/01/2019  (Objection to Plan)<br>05/21/2019  (410A Draft) | (3) | $350.00<br>$500.00<br>$250.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 05/21/2019  (POC) | (5) | $300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |
| 14. | Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Mario J. Hanyon, Esquire                                        Date   August 26, 2019
　　Signature

Print:        Mario J. Hanyon, Esq., Id. No.203993                    Title
　　　　　First Name        Middle Name           Last Name

Company      Phelan Hallinan Diamond & Jones, LLP

Address      1617 JFK Boulevard, Suite 1400

             Philadelphia, PA 19103

Contact Phone   215-563-7000                          Email   mario.hanyon@phelanhallinan.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ERIK E. ROTH | : | BK. No. 19-10232 TPA |
| DEANA R. ROTH A/K/A DEANA R. GASTON | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| UNION HOME MORTGAGE CORP. | : | Document No. |
| Movant | : | |
| v. | : | |
| ERIK E. ROTH | : | |
| DEANA R. ROTH A/K/A DEANA R. GASTON | : | |
| Respondents | : | |
| | : | |

### ORDER

**AND NOW**, this        day of                    , 2019, upon consideration of the AMENDED NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES filed by UNION HOME MORTGAGE CORP. (movant) at Document No. _____ in the above-captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty-one (21) days from the date the Notice of Post-Petition Fees, Expenses and Charges* was docketed, the Debtor(s) or Debtor's counsel shall file, either:

an *AMENDED CHAPTER 13 PLAN*;

a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

an *OBJECTION* to the *Amended Notice of Mortgage Payment Change* as stated, following which time the Court will schedule a hearing on the matter.

*The failure to timely file an Objection shall result in the allowance of the post-petition fees, expenses and charges without further order, notice or hearing*.

_____

**THOMAS P. AGRESTI,**
**Bankruptcy Judge**

Debtor 1     ERIK E. ROTH                         Case Number (if known)     19-10232 TPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ERIK E. ROTH                                          :

DEANA R. ROTH                                         :    BK. No. 19-10232 TPA

A/K/A DEANA R. GASTON A/K/A DEANA ROTH                 :

              Debtors                  :    Chapter No. 13

                                  :    Document No.

UNION HOME MORTGAGE CORP.                              :

              Movant                   :

            v.                       :

ERIK E. ROTH                                          :

DEANA R. ROTH                                         :

A/K/A DEANA R. GASTON A/K/A DEANA ROTH                 :

             Respondents              :

### CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES

       I certify under penalty of perjury that I served or caused to be served the above captioned Amended Notice of Post-Petition Fees, Expenses and Charges on the parties at the addresses shown below or on the attached list on <u>August 26, 2019</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

JOSEPH H. ELLERMEYER, ESQUIRE
379 MAIN STREET
BROOKVILLE, PA 15825

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail

ERIK E. ROTH
3450 ROUTE 536
RINGGOLD, PA 15770

DEANA R. ROTH
A/K/A DEANA R. GASTON
3450 ROUTE 536
RINGGOLD, PA 15770

RONDA J. WINNECOUR, ESQUIRE
(TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                             /s/ Mario J. Hanyon, Esquire
                             Mario J. Hanyon, Esq., Id. No.203993
                             Phelan Hallinan Diamond & Jones, LLP
                             Omni William Penn Office Tower
                             555 Grant Street, Suite 300
                             Pittsburgh, PA 15219
                             Phone Number: 215-563-7000 Ext 31340
                             Fax Number: 215-568-7616
                             Email: mario.hanyon@phelanhallinan.com

August 26, 2019

Debtor 1     ERIK E. ROTH                Case Number (if known)     19-10232 TPA

JOSEPH H. ELLERMEYER, ESQUIRE
379 MAIN STREET
BROOKVILLE, PA 15825

Debtor 1    ERIK E. ROTH_____    Case Number (if known)    19-10232 TPA_____

ERIK E. ROTH
3450 ROUTE 536
RINGGOLD, PA 15770

Debtor 1 ____ERIK E. ROTH_____   Case Number (if known) ___19-10232 TPA_____

DEANA R. ROTH
A/K/A DEANA R. GASTON
3450 ROUTE 536
RINGGOLD, PA 15770

LoanSphere Invoicing -                                                          Page 1 of 1
   Case 19-10232-TPA   Doc    Filed 08/26/19   Entered 08/26/19 09:08:44   Desc Main
              Document     Page 9 of 11



**LoanSphere Invoicing™**

IP   Phelan Hallinan Diamond& Jones, LLP (PA) / Julia Reyers

Home | Invoice | Open | Search | eMessages | Reports | Services | Loan Changes | FeeCosts | Passwords | Support | Help     Logoff

Edit | Save & Hold | Void | Review | Remit | Resolution | History eMsg | Create eMsg | Reminder | Referrals

**+ Invoice Information**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice #:** | ▮ | **Loan #:** | ▮ | **Invoice Date:** | 5/22/2019 |
| **Status:** | Submitted | **Acquisition Date:** | | **Created Date:** | 5/22/2019 |
| **Servicer:** | Cenlar FSB | | | **Submitted Date:** | 5/22/2019 |
| | | | | **Deadline Date:** | |

| | | | |
|---|---|---|---|
| **Invoice Type:** | Bankruptcy Services - Chapter 13 ▾ | **Contact:** | Eugene Jaskiewicz ▾ |
| **Vendor Ref #:** | ▮ | **Loan Type:** | VA ▾   **ID:** ▮ |
| **Department:** | Bankruptcy | **Borrower:** | ROTH ERIK E |
| **Filing State:** | Pennsylvania ▾ | **Address:** | 3450 RT 536 |
| **Invoice ID:** | ▮ | **City, State:** | RINGGOLD   Pennsylvania ▾ |
| | | **Zip:** | 15770 |
| | | **Property Type:** | ▾ |

**Referral Type:** Bankruptcy

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 05/22/2019 | | | | | | | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adjustment Summary | Quote | Service Request | Guideline | History | Payment | Chronology

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $550.00 | LoanSphere Invoicing Prev. Billed: | $850.00 | Exc. Loan Allow: | Exc. Milestone: | Exc Inv Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Inv Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | **$550.00** | Prev. Billed: | **$850.00** | Loan Total Fees/Costs Prev.Billed: **$850.00** | | Exc Inv Allw: |

Add   Remove All

| N | A | B | I | O | | Category | Subcategory | Aff. Ind. | Date | Qty | Price | Billed | Exc. Allow | IPA Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | 📋 | | | Edit Delete | Attorney Fees | 410A Form | | 05/21/19 | 1 | $250.00 | $0.00 | | |
| **Service From Date:** 05/21/2019 | | | | | **Service To Date:** 05/21/2019 | | | | | | | | | |
| N | | 📋 | | | Edit Delete | Attorney Fees | Proof of Claim | | 05/21/19 | 1 | $300.00 | $0.00 | | |
| **Service From Date:** 05/21/2019 | | | | | **Service To Date:** 05/21/2019 | | | | | | | | | |

LoanSphere Invoicing

IP Phelan Hallinan Diamond& Jones, LLP (PA) / Julia Reyers

Home | Invoice | Open | Search | eMessages | Reports | Servicers | Loan Changes | FeeCosts | Password | Support | Help    Logoff

Edit | Save & Hold | Void | Review | Remit | Resolution | History eMsg | Create eMsg | Reminder | Referrals

## + Invoice Information

**Invoice #:** [redacted]
**Status:** Submitted (Exc)
**Servicer:** Cenlar FSB

**Loan #:** [redacted]
**Acquisition Date:**

**Invoice Date:** 4/2/2019
**Created Date:** 4/2/2019
**Submitted Date:** 4/2/2019
**Deadline Date:**

**Invoice Type:** Bankruptcy Services - Chapter 13
**Vendor Ref #:** [redacted]
**Department:** Bankruptcy
**Filing State:** Pennsylvania
**Invoice ID:** [redacted]
**Referral Type:** Bankruptcy

**Contact:** Eugene Jaskiewicz
**Loan Type:** VA **ID:** [redacted]
**Borrower:** ROTH ERIK E
**Address:** 3450 RT 536
**City, State:** RINGGOLD Pennsylvania
**Zip:** 15770
**Property Type:**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/02/2019 | | | | | | | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adjustment Summary | Quote | Service Request | Guideline | History | Payment | Chronology

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $500.00 | LoanSphere Invoicing Prev. Billed: | $350.00 | Exc. Loan Allow: | | Exc. Milestone: | Exc Inv Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | | Exc Inv Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$500.00** | **Prev. Billed:** | **$350.00** | **Loan Total Fees/Costs Prev.Billed:** | **$350.00** | | **Exc Inv Allw:** |

Add | Remove All

| N | A | B | I | O | | Category | Subcategory | Aff. Ind. | Date | Qty | Price | Billed | Exc. Allow | IPA Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | Edit / Delete | Attorney Fees | Objection to Confirmation | | 04/01/19 | 1 | $500.00 | $0.00 | | |

**Service From Date:** 04/01/2019 **Service To Date:** 04/01/2019

LoanSphere Invoicing

Phelan Hallinan Diamond& Jones, LLP (PA) / Jennifer Taggart

Home | Invoice | Open | Search | eMessages | Reports | Servicers | Loan Changes | FeeCosts | Password | Support | Help    Logoff

Edit | Save & Hold | Void | Review | Remit | Resolution | History eMsg | Create eMsg | Reminder | Referrals

**+ Invoice Information**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice #:** | [redacted] | **Loan #:** | [redacted] | **Invoice Date:** | 3/28/2019 |
| **Status:** | Submitted | **Acquisition Date:** | | **Created Date:** | 3/28/2019 |
| **Servicer:** | Cenlar FSB | | | **Submitted Date:** | 3/28/2019 |
| | | | | **Deadline Date:** | |

| | | | |
|---|---|---|---|
| **Invoice Type:** | Bankruptcy Services - Chapter 13 | **Contact:** | Eugene Jaskiewicz |
| **Vendor Ref #:** | [redacted] | **Loan Type:** | VA **ID:** [redacted] |
| **Department:** | Bankruptcy | **Borrower:** | ROTH ERIK E |
| **Filing State:** | Pennsylvania | **Address:** | 3450 RT 536 |
| **Invoice ID:** | [redacted] | **City, State:** | RINGGOLD Pennsylvania |
| | | **Zip:** | 15770 |
| | | **Property Type:** | |
| **Referral Type:** | Bankruptcy | | |

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/28/2019 | | | | | | | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adjustment Summary | Quote | Service Request | Guideline | History | Payment | Chronology

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $350.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc. Milestone: | Exc Inv Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | | Exc Inv Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$350.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** | **$0.00** | | **Exc Inv Allw:** |

Add | Remove All

| N | A | B | I | O | | Category | Subcategory | Aff. Ind. | Date | Qty | Price | Billed | Exc. Allow | IPA Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | Edit Delete | Attorney Fees | Review of Plan | | 03/27/19 | 1 | $350.00 | $0.00 | | |

**Service From Date:** 03/27/2019 **Service To Date:** 03/27/2019



